473 A.2d 669

Commonwealth v. Kreitzer, Appellant.

Submitted November 7, 1983. Marilyn C. Zilli, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the learned Dauphin County Common Pleas Court Judge Warren G. Morgan is affirmed.

473 A.2d 669

Commonwealth v. Krug, Appellant.

Argued January 11, 1984. Victor Dell'Alba for appellant; Sheryl Ann Dorney, First Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Judge of sentence affirmed.